34 N.J. 67 (1961)
BAND'S REFUSE REMOVAL, INC., PLAINTIFF-RESPONDENT,
v.
BOROUGH OF FAIR LAWN, ET AL., DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS, FRANK CAPASSO, ET AL., INTERVENORS-DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.
The Supreme Court of New Jersey.
January 16, 1961.
Messrs. Budd, Larner & Kent for the petitioners, cross-respondents.
Mr. Morris Dobrin and Mr. Walter H. Jones for the respondents, cross-petitioners.
Denied.